# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joanna Elsie Smith, | ) | Case No. 1:19-cr-160 |
| Defendant. | ) | |

On November 21, 2019, the court issued an order amending defendant's pretrial release conditions to permit her to relocate from the Sahnish Healing Lodge to the Parshall Resource Center. In consultation with the supervising Pretrial Services Officer, the court now **ORDERS**:

(1) Defendant shall reside with Bernadine Mandan. Defendant shall not change this residence without the prior authorization of Pretrial Services Officer.

(2) Defendant shall not violate federal, state, tribal, or local law while on release.

(3) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(4) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(7) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(8) Defendant shall participate in an outpatient treatment program at Circle of Life in New Town, North Dakota. Defendant shall execute releases as necessary so that the Pretrial Services Officer may monitor her progress in treatment.

(9) Defendant shall maintain or commence an educational program.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court